UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS AMPS,<br><br>           Plaintiff,<br><br>      v.<br><br>NATHAN MAGSIG,<br><br>           Defendant. | Case No.  1:23-cv-01256-ADA-BAM<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS**<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Travaris Amps ("Plaintiff"), proceeding *pro se*, filed the instant action on August 22, 2023.  (Doc. 1.)  Plaintiff has not paid the $402.00 filing fee nor has he submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a form for application to proceed *in forma pauperis*;

2. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis*, or in the alternative, pay the $402.00 filing fee for this action; and

3. **Failure to comply with this order will result in a recommendation for dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **August 23, 2023**              /s/ *Barbara A. McAuliffe*           
                                                          UNITED STATES MAGISTRATE JUDGE

1