UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS AMPS, | No. 1:23-cv-01256-ADA-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| NATHAN MAGSIG, | (ECF No. 4) |
| Defendant. | |

Plaintiff Travaris Amps, proceeding pro se, initiated this civil action on August 22, 2023. (ECF No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 10, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending this action be dismissed, without prejudice, for Plaintiff's failure to comply with the Court's order, failure to pay the filing fee or submit the proper application to proceed in forma pauperis, and failure to prosecute this action.  (ECF No. 4.)  The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  (*Id.* at 2.)  The time for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the

findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 10, 2023, (ECF. No. 4), are ADOPTED in FULL;

2. This action is DISMISSED, without prejudice, for Plaintiff's failure to comply with the Court's order, failure to pay the filing fee or submit the proper application to proceed in forma pauperis, and failure to prosecute this action; and

3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   November 6, 2023

UNITED STATES DISTRICT JUDGE